# United States District Court

_____CENTRAL_____ DISTRICT OF _____CALIFORNIA_____

**In the Matter of the Seizure of**
*(Address or Brief description of property or premises to be seized)*

Up to $589,625.00 on deposit in Bank of America account 325181151715, up to $56,600.00 on deposit in Bank of America account 325181151896 and up to $119,600.00 on deposit in Bank of America account 325181152031

**SEIZURE WARRANT**

**CASE NUMBER:** 2:24-MJ-5130

TO  United States Secret Service and any Authorized Officer of the United States, Affidavit(s) having been made before me by Special Agent Fred D. Apodaca who has reason to believe that there is now certain property which is subject to forfeiture to the United States, namely *(describe the property to be seized)*

Up to $589,625.00 on deposit in Bank of America account 325181151715, up to $56,600.00 on deposit in Bank of America account 325181151896 and up to $119,600.00 on deposit in Bank of America account 325181152031

**subject to seizure and forfeiture under** 18 U.S.C. §§ 981(a)(1) (C), (b)(2), 982(b), 984 and 21 U.S.C. §§ 853(e) and 853(f)

**concerning a violation of Title** 18 **United States Code, Section(s)**  1343.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

Bank of America, N.A. is ordered to deliver said funds immediately and forthwith upon presentation of this warrant, as directed by the law enforcement agent(s) serving the warrant.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.

_____
**Date and Time Issued**

Los Angeles, California
**City and State**

**Hon. Pedro V. Castillo, U.S. Magistrate Judge**
**Name and Title of Judicial Officer**

_____
**Signature of Judicial Officer**

AUSA Ryan Waters;ga

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

## CERTIFICATION

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.*

Date: _____

_____
*Executing Officer's Signature*

_____
*Printed Name and Title*